# IN THE SUPREME COURT OF THE STATE OF NEVADA

FIRST 100, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND 1ST ONE HUNDRED HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellants,
vs.
MARNIE RAGAN, AN INDIVIDUAL,
Respondent.

No. 68342

FILED

AUG 2 6 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing appellants' complaint against respondent for lack of personal jurisdiction. Respondent has filed a motion to dismiss on the ground that appellants' assets, including their rights to the instant appeal, have been acquired by a third party and that therefore, appellants have lost standing to pursue this appeal. Appellants oppose the motion, and respondent has filed a reply. Having considered the motion, opposition, and reply, we grant the motion to dismiss.

It is undisputed that on May 25, 2016, after appellants filed the notice of appeal, a third party, Omni Financial, LLC acquired all of appellants' assets, including pending litigation and any and all choses in action in a non-judicial foreclosure sale. We have confirmed that judgment creditors may acquire the rights to prosecute litigation in the place and stead of the judgment debtor. *See Butwinick v. Hepner*, 128 Nev. 718, 721-22, 291 P.3d 119, 121 (2012), *citing RMA Ventures California v. SunAmerica Life Ins.*, 576 F.3d 1070 (10th Cir. 2009) (interpreting Utah law to permit a defendant to execute against the plaintiff's claims for breach of contract and fraud, which were disposed of

16-26671

on summary judgment in the district court and pending appeal, in satisfaction of an attorney fees award that was not appealed); *Applied Medical Technologies, Inc. v. Eames*, 44 P.3d 699 (Utah 2002) (granting a defendant judgment creditor's motion to dismiss an appeal, after the defendant purchased at a constable's sale claims asserted against him by the plaintiff judgment debtor). Appellants have lost standing to pursue this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Gloria Sturman, District Judge
Lansford W. Levitt, Settlement Judge
Maier Gutierrez Ayon, PLLC
Laxalt & Nomura, Ltd./Las Vegas
Eighth District Court Clerk